**Order entered March 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00137-CV**

**RUSSELL TODD THOMAS, Appellant**

**V.**

**DEBORAH ELAINE THOMAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 95929-86**

**ORDER**

We **STRIKE** the February 23, 2022 original clerk's record filed in this appeal as a corrected record was filed March 1, 2022. The corrected record, however, was filed as a "supplemental" clerk's record. Accordingly, we **DIRECT** the Clerk of the Court to change the designation of the March 1 record from "supplemental" to "corrected."

/s/    KEN MOLBERG
       JUSTICE